CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 18 2019

JULIA C. DUDLEY, CLERK
BY: ASeragle
DEPUTY CLERK

For Clerk's Office Use

| Judge | Rec'd |
| --- | --- |
| U | |

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Louis michael Goulet
Plaintiff full name

05 24602
Inmate No.

v. **CIVIL ACTION NO.** 7:19cv701

major, Eric young, middle River Regional JAil, officers Robertson, tyler, Scofield
Defendant(s) full name(s)
Corporal Thomas, officer Balser, officer Powell, officer slovan, Sgt Barker, officer marshall
nurses, terry, nurse Zoe, nurse angie, nurse Jonda, unknown other
nurses and staff. Dr. Hereford, officer Rowe, officer Fisher
officer marshall, transportation, Head nurse Regina
************************************************************

A. Current facility and address: middle River Regional JAil PO Box 2727 Staunton VA 24402

B. Where did this action take place? SAme AS Above

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes X No

If your answer to A is Yes, answer the following:

1. Court: ____________________

2. Case Number: ____________________

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes _____ No

1. If your answer is Yes, indicate the result:

Seen By Doctor After 60 hours

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

VIOLATION OF MY CONSTITUTIONAL RIGHTS FOR FAILING TO PROVIDE ADEQUATE MEDICAL TREATMENT FOR BROKEN ARM, 8th AMENDMENT, (SEE ATTACHMENTS) #1 CRUEL AND UNUSUAL PUNISHMENT.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

________________________________________

________________________________________

________________________________________

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$325,000.00 PAin And Suffering Any Future medical Bills

G. If this case goes to trial do you request a trial by jury? Yes ✓ No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 10-14-19 SIGNATURE: [signature]

VERIFICATION:
I, Louis M. Goulet, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 10-14-19 SIGNATURE: [signature]

DeFendants

OFFicers, middle River Regional JAiL
MAJor Eric young, Administrator Newton, Sgt Barker
[illegible] Corporal thomas, OFFicers, RoBertson, tyler, Soffell
BAlser, Powell, Sloan, ms marshall, Rowe, Fisher mR
MArshall Transportation, nurse Angie, nurse zoe, nurse
JondA, nurse Terry, Dr Hereford, Head nurse Regina
unknown other nurses

Violation of my 8th Amendment.

On May 12, 2019 at appox 7:00 am I suffered a Broken arm while in my cell, after 45 minutes officer Robertson came By cell Door in which I told him I needed to go to medical, once in medical in which corporal Thomas, officers, Robertson, tyler Suffell and nurse Angie where present, nurse Angie Briefly Looked at my arm and said nothing was wrong with my arm and stated she was not sending me to hospital that there were plenty of nurses working on monday to let them worry about it, nurse Angie then gave me a motrin and sent me back to my cell along with a sling. I then tried all day to be taken to hospital only to be told by officer Suffell and officer Balser that a Broken Arm (humerus) is not a serious injury, also told by nurse Jonda to fill out a request, on May 13 after pleading with officer Powell to notify medical of my Broken arm did he tell me he could not reach medical by phone, during pill call that morning nurse Zoe and officer mitchell told me they would get back in touch with me, never did, At approx 1:30 pm on may 13, 30 hours after I had fallen officer Sloan while passing out razors notified medical right away minutes later medical officer Rowe came by and took me to medical there was no record of anyone seeing me on may 12, the Bone in my arm which was Broken was the Right Humerus,

Upon Arrival At medical At 1:45 pm nurse Zoe Looked At my Arm And Told me I need to go To hospital Right Away, Nurse Terry notified X-RAY company to come to JAIL to TAKE XRAY, nurse Zoe notified DR Herefords OFFice, OFFicer Sloan And Sgt Barker CAme To Transport me to Hospital But was Told By nurse Zoe I was not going to hospital, At Approx 5:00pm Dynamic X-RAY showed up Took one XRAY which showed A Broken Arm, 33 hours After I had Fallen was XRAY taken, I was then taken to A cell Behind medical, Dr Hereford saw me on MAY 14, 2019 At 7:00 pm, 60 hours After my Fall And told me I needed surgery, I was placed Back in medical cell in which I had to sit in small plastic chair until Day of my surgery on may 20, 2019, 12:00pm Finally Having surgery 9 days After Fall, in which A Steel Plate was placed in my Arm, the entire Time I was in medical Before surgery Did I have Anything For the swelling And occasionally A motrin, I pleaded And pleaded to go To Hospital For 9 days,

Louis Goulet
MRRJ
P O Box 2727
Staunton VA
24402




LEGAL

LEGAL

CLERK, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, Virginia
24011-2208

2401182208 C009